IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| JACK GARSON and MARCY GARSON, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 8:15-cv-2493-RWT |
| v. | ) |
| | ) |
| HYGEA HOLDINGS CORP. | ) |
| | ) |
| and | ) |
| | ) |
| DAWSON JAMES SECURITIES, INC. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiffs Jack and Marcy Garson, by and through their attorneys, hereby dismiss their claims in the above-captioned action with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Defendants Hygea Holdings Corp. and Dawson James Securities, Inc. have not served an answer or a motion for summary judgment.

Respectfully submitted,

/s/ Eric Scott Lammers
Eric Scott Lammers (Bar No. 15886)
Charles R. Claxton (Bar No. 02525)
W. Elliott Hunter (Bar No. 19329)
Garson Claxton LLC
7910 Woodmont Avenue, Suite 650
Bethesda, Maryland 20814
Telephone: (301) 280-2700
Facsimile: (301) 280-2707
Email:   rclaxton@garsonlaw.com
         elammers@garsonlaw.com
         ehunter@garsonlaw.com

*Attorneys for Plaintiffs Jack and Marcy Garson*

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2015, a copy of the Notice of Voluntary Dismissal with Prejudice was electronically filed in this case on November 2, 2015, and was mailed by first-class mail, postage prepaid, on November 2, 2015, to the following:

>DAWSON JAMES SECURITIES, INC.
>c/o Thomas Russell Curtis Sr.
>Managing Partner
>30 Columbia Corporate Center
>10440 Little Patuxent Parkway, Suite 200
>Columbia, Maryland 21044
>
>HYGEA HOLDINGS CORP.
>c/o Lacy Loar, Registered Agent
>8750 NW 36 Street, Suite 300
>Miami, Florida 33178

/s/ Eric Scott Lammers